# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Case No. **BKY 98-32743**

**CHAMPION AUTO STORES INC**

Debtor(s)

**Chapter 7 Case**

## ORDER FOR CHECK TO BE ISSUED FROM REGISTRY FUND ACCOUNT

On **10/26/05**, the sum of **$1,928.20** was deposited into the Registry Fund Account of the Clerk of the United States Bankruptcy Court as an uncashed dividend check payable to **MORRISSETTE AUTOMOTIVE at CHAMPION AUTO, 326 W LINCOLN AVE, FERGUS FALLS MN 56537**.

A request for said payment has now been made by **MORRISETTE AUTOMATIVE**.

IT IS THEREFORE ORDERED:

That the Clerk of the United States Bankruptcy Court authorize the issuance of an appropriate remittance from the Registry Fund Account by the Treasury, in the sum of **$1,928.20** payable to **MORRISETTE AUTOMATIVE at C/O DILKS & KNOPIK LLC, PO BOX 502, REDMOND WA 98073-0502**.

Dated: February 3, 2006

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 02/03/06
Lori A. Vosejpka, By DLR

02/15/93;0105.