# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Case No. **BKY 98-32743**

**CHAMPION AUTO STORES INC**

Debtor(s)                                                    Chapter 7 Case

### ORDER FOR CHECK TO BE ISSUED FROM REGISTRY FUND ACCOUNT

On **OCTOBER 24, 2005**, the sum of **$1,773.53** was deposited into the Registry Fund Account of the Clerk of the United States Bankruptcy Court as an uncashed dividend check payable to **SIMITAR ENTERTAINMENT INC** at **5555 PIONEER CREEK DR, MAPLE PLAIN MN 55359**.

A request for said payment has now been made by **SIMITAR ENTERTAINMENT INC**.

IT IS THEREFORE ORDERED:

That the Clerk of the United States Bankruptcy Court authorize the issuance of an appropriate remittance from the Registry Fund Account by the Treasury, in the sum of **$1,773.53** payable to **SIMITAR ENTERTAINMENT INC** at **C/O FRANKIE BURRIGHT, AMERICAN PROPERTY LOCATORS INC, 3855 S BOULEVARD STE 200, EDMOND OK 73013**.

Dated: 5/12/06

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/12/06
Lori A. Vosejpka, By DLR

02/15/93;0105.